1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                                 NORTHERN DISTRICT OF CALIFORNIA

10

11    CALVIN M. ROBINSON,                        Case No. 24-cv-02154 BLF (PR)
                       Plaintiff,
12                                                **ORDER ADDRESSING REQUEST**
           v.                                     **REGARDING ADR PROCESS**
13

14    PHILLIPE SILVA, et al.,

15                       Defendants.

16

17

18          Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42

19    U.S.C. § 1983 against prison staff at Salinas Valley State Prison ("SVSP"), where he was

20    formerly confined, for Eighth Amendment violations.  Dkt. No. 1.  The Court found the

21    complaint stated cognizable claims and ordered service on Defendants on August 12, 2024.

22    Dkt. No. 12.

23          Plaintiff has filed letters asking whether this matter can be referred to the

24    Alternative Dispute Resolution program and for a copy of a "Alternative Dispute

25    Resolution Procedure handbook for Pro Se litigants."  Dkt. Nos. 16, 17.

26          Plaintiff is advised that while there is an ADR Handbook, there is none specifically

27    for pro se litigants.  Rather, there is a Pro Se Litigants Handbook which may be more

28    useful to Plaintiff.  Specifically, Chapter 15 of the Handbook provides information

United States District Court
Northern District of California

regarding the "Pro Se Prisoner Early Settlement Program" available for prisoner civil rights cases.

The Clerk shall enclose a copy of the Pro Se Litigants Handbook with a copy of this order to Plaintiff.

**IT IS SO ORDERED.**

**Dated:  _November 4, 2024_____**

BETH LABSON FREEMAN
United States District Judge

Order Addressing Request Re ADR Process
PRO-SE\BLF\CR.24\02154Robinson_reADR

United States District Court
Northern District of California