IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALVIN MARON ROBINSON,** | Case No. 5:24-cv-02154-BLF |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |
| v. | |
| **SILVA, et al.,** | |
| Defendants. | |

Defendants Lopez, Quines, Reynoso, Silva, Torres (Defendants) move this Court for an extension of time to file a dispositive motion up to and including **February 18, 2025.** After full consideration, and good cause appearing, IT IS ORDERED that the motion is granted. Plaintiff's opposition to the dispositive motion, if any, shall be filed with the Court and served on Defendants no later than **28 days** from the date the motion is filed. Defendants shall file a reply brief no later than **14** days after the opposition is filed. Absent further order, the motion will be deemed submitted as of the date the reply brief is due without a hearing.

**IT IS SO ORDERED.**

Dated:    November 25, 2024

BETH LABSON FREEMAN
United States District Judge