UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN M. ROBINSON,<br>  Plaintiff,<br>v.<br>PHILLIPE SILVA, et al.,<br>  Defendants. | Case No. 24-cv-02154 BLF (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(Docket No. 31) |

  Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against prison staff at Salinas Valley State Prison. Dkt. No. 1. On August 21, 2024, the Court found the complaint stated cognizable claims and ordered the matter served. Dkt. No. 12. On January 10, 2025, the Court referred this matter to settlement proceedings at Plaintiff's request and with Defendants' non-opposition. Dkt. No. 26. On February 18, 2025, the parties filed stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), having settled the matter. Dkt. No. 31.

  Pursuant to the joint stipulation, this action shall be dismissed with prejudice as to all Defendants. Each party is to bear its own litigation costs and attorney's fees.

  This order terminates Docket No. 31.

**IT IS SO ORDERED.**

**Dated:  _February 19, 2025_____**

_____
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.24\02154Robinson_dism(stip)

2